UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X

| | |
|---|---|
| In re:<br>Jacoby & Meyers—Bankruptcy LLP, et al.,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 14-10641 |

------------------------------------------------- X

| | |
|---|---|
| JIL MAZER-MARINO, as Chapter 7 Trustee for Jacoby & Meyers—Bankruptcy LLP and Macey Bankruptcy Law, P.C.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS G. MACEY, JEFFREY J. ALEMAN, RICHARD K. GUSTAFSON, II, SHOBHANA KASTURI, GEORGE MACEY, AND JASON SEARNS<br>　　　　　Defendants. | Adversary Proceeding No.: 15-01115 |

------------------------------------------------- X

## STIPULATION FOR EXTENSION OF TIME TO ANSWER

　　It is hereby stipulated and agreed by and between the plaintiff and defendant Shobhana Kasturi that the time within which Shobhana Kasturi must answer, move or otherwise respond to the complaint in this adversary proceeding is hereby extended up to and including September 8, 2015.

　　It is hereby further stipulated and agreed by and between the plaintiff and defendant Shobhana Kasturi that Ms. Kasturi waives all defenses based on service of process, including the right to move to dismiss on that basis.

Dated: July 30, 2015

| | |
|---|---|
| **MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**<br><br>  /s/ *Alan Marder*<br>Alan E. Marder, Esq.<br>Jessica G. Berman, Esq.<br>Jil Mazer-Marino, Esq.<br>990 Stewart Avenue—Suite 300<br>Garden City, New York 11530<br>Telephone: (516) 741-6565<br>Facsimile: (516) 741-6706<br>Email: amarder@msek.com<br>          jberman@msek.com<br>          jmazermarino@msek.com<br><br>*Counsel for Jil Mazer-Marino, as Chapter 7 Trustee for Jacoby & Meyers—Bankruptcy LLP and Macey Bankruptcy Law, P.C.* | **HAHN & HESSEN LLP**<br><br>  /s/ *Edward L. Schnitzer*<br>Edward L. Schnitzer, Esq.<br>Sarah M. Gryll, Esq.<br>488 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 478-7200<br>Facsimile: (212) 478-7400<br>E-mail: eschnitzer@hahnhessen.com<br>          sgryll@hahnhessen.com<br><br>          -AND-<br><br>**HORWOOD MARCUS & BERK CHARTERED**<br>Jason M. Torf, Esq. (admitted *pro hac vice*)<br>500 West Madison, Suite 3700<br>Chicago, Illinois 60661<br>Telephone: (312) 606-3236<br>Facsimile: (312) 267-2202<br>Email: jtorf@hmblaw.com<br><br>          -AND-<br><br>**THE HOWARD LAW FIRM LLC**<br>David Howard, Esq. (admitted *pro hac vice*)<br>307 North Michigan Avenue<br>Suite 1214<br>Chicago, Illinois 60601<br>Telephone: (312) 372-7048<br>Facsimile: (312) 372-9239<br>Email: dhoward@howardlawllc.com<br><br>*Counsel for Shobhana Kasturi* |