Timothy D. Elliott
Emily A. Shupe
RATHJE & WOODWARD, LLC
300 East Roosevelt Road, Suite 300
Wheaton, IL 60187
P: (630) 668-8500
F: (630) 668 -9218
telliott@rathjewoodward.com
eshupe@rathjewoodward.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

In re:

Jacoby & Meyers—Bankruptcy LLP, et al.

                  Debtor.

-------------------------------------------------------------------x

JIL MAZER-MARINO, as Chapter 7 Trustee for
Jacoby & Meyers—Bankruptcy LLP and Macey
Bankruptcy Law, P.C.

                  Plaintiff,

    v.

THOMAS G. MACEY, JEFFREY J. ALEMAN,
RICHARD K. GUSTAFSON, II, SHOBHANA
KASTURI, GEORGE MACEY, and JASON SEARNS

                  Defendants.

-------------------------------------------------------------------x

Chapter 7

Case No. 14-10641

Adv. Proc. No.: 15-01115

Hon. Shelley C. Chapman

**CERTAIN DEFENDANTS'
MOTION TO WITHDRAW THE BANKRUPTCY COURT REFERENCE FOR CAUSE**

       Certain Defendants, Thomas G. Macey, Jeffrey J. Aleman, Richard K. Gustafson, II, George Macey, and Jason Searns (collectively, "Defendants"), by and through their undersigned counsel, move under 28 U.S.C. § 157(d) and local rule 5011-1 to withdraw the Bankruptcy Court reference for cause. In support of their motion, Defendants state as follows:

       1.     Defendants bring this motion to withdraw the reference to Bankruptcy Court because this adversarial proceeding concerns private rights that arose prepetition and that only an

Article III court can ultimately adjudicate. Accordingly, if this adversarial proceeding remains before the Bankruptcy Court, the Bankruptcy Court must prepare proposed findings of fact and conclusions, which the District Court will then review *de novo*. By granting Defendants' motion to withdraw the reference, the Court will thus simultaneously: (1) preserve the Constitution's mandate that Defendants have their rights tried before an Article III tribunal; and (2) serve judicial efficiency.

        2.      In further support of their motion, Defendants attach a Memorandum of Law.

WHEREFORE, for the reasons set forth herein and in Certain Defendants' Memorandum of Law, Thomas G. Macey, Jeffrey J. Aleman, Richard K. Gustafson, II, George Macey, and Jason Searns respectfully request that the Court enter an order that: (1) withdraws the reference to the Bankruptcy Court; and (2) grants certain Defendants any other relief the Court deems necessary and proper.

Dated:  September 10, 2015                Respectfully submitted,

                                                      /s/ Timothy D. Elliott
                                                     Timothy D. Elliott
                                                     Emily A. Shupe
                                                     RATHJE & WOODWARD, LLC
                                                     300 East Roosevelt Road, Suite 300
                                                     Wheaton, IL 60187
                                                     P: (630) 668-8500
                                                     F: (630) 668 -9218
                                                     telliott@rathjewoodward.com
                                                     eshupe@rathjewoodward.com

                                                     *Counsel for certain Defendants*

## CERTIFICATE OF SERVICE

      I, Timothy D. Elliot, an attorney/non-attorney, certify that I served a true and correct copy of the foregoing Certain Defendants' Motion to Withdraw the Reference to Bankruptcy Court on September 10, 2015 on all counsel of record via the Court's ECF System.

                                    /s/ Timothy D. Elliott
                                    Timothy D. Elliott