| | | |
|---|---|---|
| **HAHN & HESSEN LLP**<br>488 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 478-7200<br>Facsimile: (212) 478-7400<br>Edward L. Schnitzer, Esq.<br>Sarah M. Gryll, Esq. | **HORWOOD MARCUS & BERK CHARTERED**<br>500 West Madison, Suite 3700<br>Chicago, Illinois 60661<br>Telephone: (312) 606-3236<br>Facsimile: (312) 267-2202<br>Jason M. Torf, Esq. | **THE HOWARD LAW FIRM LLC**<br>307 North Michigan Avenue<br>Suite 1214<br>Chicago, Illinois 60601<br>Telephone: (312) 372-7048<br>Facsimile: (312) 372-9239<br>David A. Howard, Esq. |

*Attorneys for Shobhana Kasturi*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                         :
                                                               :   Chapter 7
Jacoby & Meyers—Bankruptcy LLP, *et al*.,                      :
                                                               :   Case No. 14-10641
    Debtor.                                 :
---------------------------------------------------------------x
JIL MAZER-MARINO, as Chapter 7 Trustee for                     :
Jacoby & Meyers—Bankruptcy LLP and                             :
Macey Bankruptcy Law, P.C.,                                    :
                                                               :
    Plaintiff,                              :
                                                               :
v.                                                             :   Adv. No. 15-1115
                                                               :
THOMAS G. MACEY, JEFFREY J. ALEMAN,                            :
RICHARD K. GUSTAFSON, II, SHOBHANA                             :
KASTURI, GEORGE MACEY, AND JASON                               :
SEARNS,                                                        :
                                                               :
    Defendants.                             :
---------------------------------------------------------------x

**JOINDER OF DEFENDANT SHOBHANA KASTURI TO CERTAIN DEFENDANTS' MOTION TO WITHDRAW THE BANKRUPTCY COURT REFERENCE FOR CAUSE**

    Defendant, SHOBHANA KASTURI ("Kasturi"), hereby joins in *Certain Defendants'*

*Motion to Withdraw the Bankruptcy Court Reference for Cause* [Dkt. No. 25] and their

supporting *Memorandum of Law* [Dkt. No. 26] as though the contents thereof are fully stated

1

herein and requests that the Court grant the same relief to Kasturi sought by and which may be granted to the moving parties.

WHEREFORE, Defendant Shobhana Kasturi respectfully requests that this Court enter an order: (a) withdrawing the reference of this adversary proceeding to the Bankruptcy Court; and (b) granting Kasturi such other and further relief as this Court deems fair and equitable under the circumstances.

Dated: New York, New York  
September 15, 2015

HORWOOD MARCUS & BERK CHARTERED

By:/s/ Jason M. Torf
Jason M. Torf (admitted *pro hac vice*)
500 W. Madison St.
Suite 3700
Chicago, IL 60661
(312) 606-3236 (phone)
(312) 267-2202 (facsimile)
jtorf@hmblaw.com

*Attorneys for Shobhana Kasturi*

2727825/1/16221.000