UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------------X
In re:

Jacoby & Meyers – Bankruptcy LLP, et al.

                               **Debtors.**

--------------------------------------------------------------------------------X
JIL MAZER-MARINO, as Chapter 7 Trustee for
Jacoby & Meyers – Bankruptcy LLP and Macey
Bankruptcy Law, P.C.,

                               **Plaintiff,**

v.

THOMAS G. MACEY, JEFFREY J. ALEMAN,
RICHARD K. GUSTAFSON, II, SHOBHANA
KASTURI, GEORGE MACEY, and JASON
SEARNS,

                               **Defendants.**

--------------------------------------------------------------------------------X

Chapter 7

Case No. 14-10641 (SCC)

Adv. Proc. No.: 15-01115 (SCC)

## SECOND STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE

**WHEREAS**, on May 29, 2015, Jil Mazer-Marino, the chapter 7 trustee (the "**Trustee**") for the bankruptcy estates of Jacoby & Meyers – Bankruptcy LLP and Macey Bankruptcy Law, P.C. commenced an adversary proceeding against Thomas G. Macey ("**Macey**"), Jefferey J. Aleman ("**Aleman**"), Richard K. Gustafson II ("**Gustafson**"), George Macey ("**G. Macey**"), Jason Searns ("**Searns**"), and Shobhana Kasturi ("**Kasturi**" and, together with Macey, Aleman, Gustafson, G. Macey, and Searns, the "**Defendants**") by filing a Complaint; and

**WHEREAS**, on September 8, 2015, Kasturi filed a motion to dismiss the Trustee's Complaint (the "**Kasturi Motion**"); and

**WHEREAS**, on September 10, 2015, Macey, Aleman, Gustafson, G. Macey, and Searns filed a motion to dismiss the Trustee's Complaint (the "**Macey Motion**"); and

**WHEREAS**, on September 24, 2015, the Court "so ordered" the *Stipulation and Order Extending Briefing Schedule* (the "**Stipulation**"), extending the briefing schedules in connection with the Kasturi Motion and the Macey Motion; and

**WHEREAS**, the Trustee and the Defendants have each agreed and consented to extend the dates set forth in the Stipulation; and

**WHEREAS**, the Trustee and the Defendants desire to memorialize those deadlines in this *Second Stipulation and Order Extending Briefing Schedule*, to be "so ordered" by the Court.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among counsel for the Trustee and the Defendants, subject to the approval of the Court, that:

1. The Trustee's opposition papers to the Kasturi Motion and the Macey Motion shall be served and filed on or before January 8, 2016.

2. Kasturi's reply papers to the Kasturi Motion and Macey's, Aleman's, Gustafson's, G. Macey's, and Searns' reply papers to the Macey Motion shall be served and filed on or before February 8, 2016.

3. The hearings on the Kasturi Motion and the Macey Motion shall be held on March 17, 2016 at 10:00 a.m. (Eastern).

4. This stipulation may be signed in counterparts and facsimile or electronic signatures of this stipulation shall be deemed originals hereof.

**Dated: Garden City, New York**
**November 23, 2015**

**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**

By:  /s/ Jessica G. Berman
   Alan E. Marder, Esq.
   Jessica G. Berman, Esq.
990 Stewart Avenue—Suite 300
Garden City, New York 11530
Telephone: (516) 741-6565
Email: amarder@msek.com
         jberman@msek.com

*Counsel for Jil Mazer-Marino, as Chapter 7 Trustee for Jacoby & Meyers—Bankruptcy LLP and Macey Bankruptcy Law, P.C.*

2

| | |
|---|---|
| **Dated: New York, New York**<br>November 23, 2015 | **THE HOWARD LAW FIRM LLC**<br><br>By:    */s/ David Howard*<br>    David Howard, Esq. (admitted pro hac vice)<br>307 North Michigan Avenue, Suite 1214<br>Chicago, Illinois 60601<br>Telephone: (312) 372-7048<br>Email: dhoward@howardlawllc.com<br><br>-AND-<br><br>**HORWOOD MARCUS & BERK CHARTERED**<br>Jason M. Torf, Esq. (admitted pro hac vice)<br>500 West Madison, Suite 3700<br>Chicago, Illinois 60661<br>Telephone: (312) 606-3236<br>Email: jtorf@hmblaw.com<br><br>-AND-<br><br>**HAHN & HESSEN LLP**<br>Edward L. Schnitzer, Esq.<br>Sarah M. Gryll, Esq.<br>488 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 478-7200<br>E-mail: eschnitzer@hahnhessen.com<br>         sgryll@hahnhessen.com<br><br>*Counsel for Shobhana Kasturi* |
| **Dated: Wheaton, Illinois**<br>November 23, 2015 | **RATHJE & WOODWARD, LLC**<br><br>By:    */s/ Timothy D. Elliott*<br>    Timothy D. Elliott, Esq.<br>300 E. Roosevelt Road, Suite 300<br>Wheaton, Illinois 60187<br>Telephone: 630-510-4910<br>Email:  TElliott@rathjewoodward.com<br><br>*Counsel for Thomas G. Macey, Jefferey J. Aleman, Richard K. Gustafson II, George Macey, and Jason Searns* |

SO ORDERED this 24th
Day of November, 2015
/S/ Shelley C. Chapman
Hon. Shelley C. Chapman
United States Bankruptcy Judge

1088607